The motion is granted. The clerk is directed to transfer this appeal to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

AFFIRMED. *See* Fed. Cir. R. 36.

**SPECIALTY RENTAL TOOLS & SUPPLY, INC., Plaintiff–Appellee,**

v.

**BOYD'S BIT SERVICE, INC., Defendant–Appellant.**

**No. 04–1356.**

United States Court of Appeals, Federal Circuit.

Dec. 16, 2004.

Before MAYER, Chief Judge, NEWMAN and CLEVENGER, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**ORBIT IRRIGATION PRODUCTS, INC., Plaintiff–Appellee,**

v.

**L.R. NELSON CORPORATION, Defendant–Appellant.**

**No. 04–1339.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2004.

Before NEWMAN, MICHEL, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36